JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| MARIBEL CATALAN RAMIREZ, | Case No. 5:25-cv-03418-FWS-DFM |
| Petitioner, | |
| v. | JUDGMENT |
| JAMES JANECKA et al., | |
| Respondents. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is granted in part.

Date:  February 20, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE